FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

FILED
2021 MAY 17 PM 1:44
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

| | |
|---|---|
| The **UNITED STATES OF AMERICA**, the States of **INDIANA** and **TENNESSEE**, and the Commonwealth of **VIRGINIA** *ex rel.* **RALLIE McALLISTER, M.D., M.P.H.**, <br><br> Plaintiffs, <br><br> v. <br><br> **SPERO HEALTH, INC.;** **SPERO HEALTH HOLDINGS, LLC;** and **STEVE PRIEST**, <br><br> Defendants. | NO. 3:20-cv-0232 (WDC) <br><br> **FILED UNDER SEAL PURSUANT TO** <br> 31 U.S.C. § 3730(b)(2) |

## NOTICE OF DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Relator Dr. Rallie McAllister, by and through her undersigned counsel, hereby gives notice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) that she voluntarily dismisses, ***with prejudice*** as to herself, all claims in this matter against all Defendants, and further gives notice that the United States, the States of Indiana and Tennessee, and the Commonwealth of Virginia all consent to the dismissal, ***without prejudice*** as to them, of all claims against all Defendants.

Date: May 7, 2021

Respectfully submitted,

**WEATHERLY & DIXON, PLLC**
Local Counsel

*/s/ Jacqueline B. Dixon (BPR 012054)*
Jacqueline B. Dixon
Fifth Third Financial Center
424 Church St. Suite 2260
Nashville, TN 37219
(615) 986-3377 (office)
(615) 635-0018 (fax)
*jdixon@wmdlawgroup.com*

**BROWN, LLC**
Lead Counsel

*/s/ Patrick S. Almonrode*
Patrick S. Almonrode
Jason T. Brown
111 Town Place Square, Suite 400
Jersey City, NJ 07310
(877) 561-0000 (office)
(855) 582-5297 (fax)
*patalmonrode@jtblawgroup.com*
*jtb@jtblawgroup.com*

*Attorneys for Relator
Rallie McAllister*

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2021, I caused a true copy of the Notice of Dismissal in the matter captioned *United States of America, the States of Indiana and Tennessee, and the Commonwealth of Virginia ex rel. McAllister v. Spero Health, Inc., et al.* to be served upon the following:

*by USPS Mail to*

Herbert H. Slatery III
Attorney General and Reporter
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202-0207

Office of the Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Curtis Hill, Attorney General
Office of the Indiana Attorney General
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204

Mark Herring, Attorney General
Office of the Attorney General
202 North Ninth Street
Richmond, VA 23219

/s/ Jacqueline B. Dixon
Jacqueline B. Dixon (BPR 012054)